# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINGO VEGA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-442 |
| | ) | Judge Arthur J. Schwab/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| ADAM OAKES, JEFF BUCKETT, MARK KNEZOVICH, PENNSYLVANIA BOARD OF PROBATION AND PAROLE HEAD OF, JEFFERSON COUNTY PENNSYLVANIA PARTIES OF AGENCIES OF, COMMONWEALTH OF PENNSYLVANIA, PARTIES OF AGENCIES OF, JANE JOHN DOE, HEAD OF SENATE, JANE JOHN DOE, HEAD OF HOUSE OF REPRESENTATIVES, JANE JOHN DOE, HEAD OF LEGISLATURE, PENNSYLVANIA ATTORNEY GENERAL, JANE JOHN DOE, COMMONWEALTH OF PENNSYLVANIA, PARTIES OF, AGENCIES OF, JANE/JOHN DOE, HEAD OF PENNSYLVANIA SENATE, JANE/JOHN DOE, HEAD OF PENNSYLVANIA HOUSE OF REPRESENTATIVES, JANE/JOHN DOE, HEAD OF PENNSYLVANIA LEGISLATURE, JANE/JOHN DOE, PENNSYLVANIA ATTORNEY GENERAL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above-captioned prisoner civil rights complaint was transferred to this Court on April 7, 2017 from the United States District Court for the Middle District of Pennsylvania and was referred to Chief United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

Chief Magistrate Judge Kelly, in a Report and Recommendation (the "Report"), ECF No. 16, filed on June 2, 2017, recommended that the Complaint be dismissed pre-service pursuant to the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted. Service of the Report was made on the Plaintiff at his address of record. Plaintiff was given until June 19, 2017 to file any objections. Plaintiff did not file any Objections by June 19, 2017.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of June, 2017;

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice pursuant to the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 16, filed on June 2, 2017, by Chief Magistrate Judge Kelly, is adopted as the opinion of the Court. The Clerk is to mark the case closed.

Lastly, the Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from this order would not be taken in good faith.

ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

DOMINGO VEGA
GT-2382
801 BUTLER PIKE
MERCER, PA 16137